UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHERYL SHERRY A. MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:22-CV-1510-G-BH |
| JUDGE SAM LINDSAY, ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER ACCEPTING FINDINGS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. The case will be dismissed by separate judgment for failure to prosecute or follow court orders.

**SO ORDERED**.

December 22, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**